UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EDWARD VINCENT JENNINGS, JR., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 24-12374-NMG |
| v. | ) ) | |
| ADAM NARRISON, et al., Defendants. | ) ) ) | |

ORDER

**GORTON, J.**

For the reasons set forth below, this action is <u>DISMISSED</u> without prejudice.

On September 16, 2024, the Clerk received an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") with a prison account statement from <u>pro se</u> plaintiff Edward Jennings, who is confined at the Berkshire County House of Correction. Jennings also submitted a letter concerning, <u>inter alia</u>, his prison account statement and efforts to receive additional compensation from the Commonwealth of Massachusetts for time he spent in detention on charges that were ultimately dismissed. Neither the Application nor the letter included a case number. The Clerk treated the letter as a complaint and opened a new case on the civil docket of this Court.

Upon review of the Application and the letter, it appears that Jennings intended these documents to be filed in <u>Jennings</u> v. <u>Narrison</u>, C.A. No. 24-12292-ADB (D. Mass.). In that pending action, the Court ordered him to pay the filing fee or file an Application and prison account statement no later September 26, 2024.

Accordingly, the Court orders the Clerk to file the Application and letter docketed in this case on the docket of <u>Jennings</u> v. <u>Narrison</u>, C.A. No. 24-12292-ADB (D. Mass.). This action is DISMISSED without prejudice.

**So ordered.**

Dated: 11/15/2024

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge